JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADULT CHILDREN OF ALCOHOLICS WORLD SERVICE ORGANIZATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> INGRAM CONTENT GROUP, LLC, and DOES 1-20, <br><br> Defendant. | CV 24-5718 PA (PDx) <br><br> JUDGMENT |

Pursuant to the Court's September 12, 2024 Minute Order dismissing this action for lack of prosecution and failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 12, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE